FILED
2013 May-20 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

SHANON JUNELL,                  }
                                }
     Plaintiff,                 }
                                }     CIVIL ACTION NO.
v.                              }     12-AR-2642-S
                                }
LVNV FNDING, LLC,               }
                                }
     Defendant.
```

**<u>ORDER</u>**

The court having been informed that the parties in the above-entitled action have reached a settlement, the action is hereby DISMISSED WITH PREJUDICE. The parties shall have **fourteen (14) days** from the date of this order within which to request the substitution of a modified stipulated final judgment.

The parties shall bear their own respective costs.

DONE this 20th day of May, 2013.

_/s/ William M. Acker, Jr._____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE