FILED
2013 Jul-16  AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SHANON JUNELL, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:12-cv-02642-WMA |
| LVNV FUNDING, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shanon Junell ("Plaintiff") and Defendant LVNV Funding, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against LVNV Funding, LLC in the above-styled action, with the parties to bear their own fees, costs and expenses.

Respectfully submitted this 15 day of July, 2013.

_/s/ Watts_                                            _/s/ Sarah_

M. Stan Herring                                  Neal D. Moore, III, Esq.
John G. Watts                                    Sarah E. Orr, Esq.
Watts & Herring LLC                              Ferguson, Frost & Dodson, LLP
301 19th Street North                            2500 Acton Road, Suite 200
Birmingham, Alabama 35203                        Birmingham, Alabama 35243
stan@wattsherring.com                            ndm@ffdlaw.com
john@wattsherring.com                            seo@ffdlaw.com

*Attorneys for Plaintiff*                        *Attorneys for Defendant*